JOHN M. RIESTENBERG, State Bar No. 82668
LAW OFFICE OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA  95814
Tel:  916.443.6300
Fax:  916.329.3435

Attorney for Plaintiff
GLORIA MILES

DONALD P. SULLIVAN, State Bar No. 191080
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GLORIA MILES, | Case No.:  2:06-CV-02577 GEB DAD |
|---|---|
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING THE TIME FOR DISCOVERY BY THIRTY (30) DAYS TO ALLOW THE PARTIES TO COMPLETE PRIVATE MEDIATION SCHEDULED FOR MAY 12, 2008** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 20, Inclusive, | |
| Defendants. | |

    The Parties respectfully request that the Court extend the time to complete discovery by thirty (30) days from May 14, 2008 to June 14, 2008 so that the Parties can complete a private mediation scheduled for May 12, 2008 without expending resources that could be used toward settlement on completing discovery before the current cut-off date.  The requested extension will **not** require changing any other dates set by the Court in its Pretrial Scheduling Order or delay the resolution of this case in any fashion.  Indeed, it will promote the early resolution of this case.

    The date for completing discovery is currently May 14, 2008.  The last hearing date for motions is July 14, 2008.  The Parties have scheduled a mediation before Ramsey "Buzz" Wiesenfeld for May 12, 2008.  Granting the Parties' request will allow them to complete the

1  mediation before they need to complete discovery, thereby saving resources that could be used
2  towards settlement.  It will also save the Court's resources because the Court will not need to hear
3  any discovery-related motions before the mediation or at all if the case settles at the mediation.

4  In the unlikely event that the mediation is unsuccessful, the Parties will be able to
5  complete discovery before the requested date, June 14, 2008, and have all motions heard on the
6  date **originally** set by the Court for hearings in this case, July 14, 2008.  The Parties' request will
7  not require changing any of the other dates previously set by the Court.

8  Good cause exists for granting the Parties' request.  The Parties have engaged in discovery
9  and preliminary settlement negotiations, and they are in a position to mediate the merits of this
10  case.  The Parties have used Mr. Wiesenfeld in the past and are confident in his abilities to settle
11  cases like this case.  The Parties tried to schedule the mediation for an earlier date, but the May
12  12, 2008 date was the first date available for all of the Parties who are required to attend the
13  mediation and a mutually-agreeable mediator.  For these reasons, good cause exists to extend the
14  last day for completion of discovery by thirty (30) days from May 14, 2008 to June 14, 2008.

Respectfully submitted,

Dated:  April 10, 2008            LAW OFFICE OF JOHN M. RIESTENBERG

By: _____
    John M. Riestenberg
    Attorneys for Plaintiff
    GLORIA MILES

Dated:  April 10, 2008            MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Donald P. Sullivan
    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA

## [PROPOSED] ORDER

For good cause shown, the last day for discovery to be completed in *Miles v. Life Insurance Company of North America*, Case No. 06-CV-02577 GEB DAD, shall be extended by thirty (30) days from May 14, 2008 to June 14, 2008. No other modifications to the Court's Pre-Trial Scheduling Order shall be made.

**IT IS SO ORDERED**:

Dated: April 10, 2008

The Hon. Garland E. Burrell, Jr.
U.S. District Judge

1-SF/7689760.1